EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* FELIPE ALVAREZ, acusado y apelante.

No. 3447.—*Sometido:* Abril 19, 1928. *Resuelto:* Junio 19, 1929.

*Buenaventura Esteves,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

El apelante Felipe Alvarez fué denunciado y condenado por el delito de Infracción a la Ley de Prohibición Nacional por transportar bebida embriagante, y para sostener su recurso alega como primer motivo que la corte inferior erró al apreciar la prueba y al declararlo culpable; pero hemos examinado la evidencia y encontramos que es suficiente para sostener la sentencia condenatoria.

Es el otro motivo de apelación que la sentencia es contraria a derecho porque la denuncia no imputa delito alguno y porque la corte no tuvo jurisdicción sobre el apelante. Los particulares de este motivo de error se basan en que la denuncia está jurada el 1º. de febrero de 1927 y en ella se dice que el hecho imputado fué realizado el 24 de febrero de 1927.

Indudablemente hay un error en la fecha de 1º. de febrero de 1927 consignada por el secretario como la del día en que fué jurada la denuncia ante él que probablemente no hubiera sido difícil que probara el fiscal si eso se hubiera alegado en la corte inferior; pero de todos modos entendemos que el

secretario se equivocó al consignar la fecha en que la denuncia fué jurada ante él, consignando 1º. de febrero en vez de 1º. de marzo por ser frecuente que al comenzar un mes se escriba algunas veces el nombre del mes anterior, que se ha escrito repetidamente; porque no parece razonable que en una determinada fecha se denuncien hechos que entonces no han ocurrido; porque celebrado el juicio en apelación en la Corte de Distrito de Aguadilla el 17 de marzo de 1927 declararon Telesforo Méndez y Facundo Ortega que eran policías insulares en Aguadilla el 24 de febrero de ese año, que es la fecha a que la denuncia se refiere, y que intervinieron con el denunciado el día a que se refiere la denuncia, que es el 24 de febrero de 1927, tanto más cuanto que el apelante no negó al declarar en la corte inferior que los hechos denunciados ocurrieron el 24 de febrero de 1927 limitándose a decir que mandó poner la lata con ron en su automóvil para transportarlo a otra casa suya del pueblo pero que no llegó a transportarlo.

En vista de todo lo expuesto entendemos que no existe el error alegado en segundo lugar porque aunque el secretario consignó el día 1º. de febrero de 1927 como fecha de la denuncia las circunstancias demuestran que fué una equivocación suya y que la denuncia fué hecha después de la comisión del hecho imputado en ella.

. La sentencia apelada *debe ser confirmada.*